## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD FEENEY,<br><br>   Plaintiff,<br><br>v.<br><br>PERSANTE HEALTH CARE, INC., d/b/a PERSANTE<br>   Defendant. | CIVIL ACTION NO: 21-16484<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

  This matter having been resolved by and between the plaintiff, Edward Feeney, and the defendant, Persante Health Care, Inc., d/b/a Persante, it is hereby stipulated and agreed by and between the undersigned counsel for the parties hereto that the same be and is hereby dismissed with prejudice and without costs or fees as to any and all claims.

| | |
|---|---|
| **KARPF, KARPF & CERUTTI, P.C.**<br>Attorneys for Plaintiff | **BLANK ROME, LLP**<br>Attorneys for Defendants |
| /s/ *J. Patrick Giffin*_____<br>J. Patrick Griffin | */s/ Andrew Herman*_____<br>Andrew I. Herman |
| Dated: August 29, 2022 | Dated: August 29, 2022 |